*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 18-BG-60**

IN RE DIANE L. KROUPA

A Judicial Member of the Bar of the
District of Columbia Court of Appeals

**2017 DDN**

05/03/2018
FILED
District of Columbia
Court of Appeals
Julio Castillo
Clerk of Court

Bar Registration No.   388667

BEFORE:  Thompson and Beckwith, Associate Judges, and Farrell, Senior Judge.

**O R D E R**
(FILED – May 3, 2018)

On consideration of the certified order of the Minnesota Supreme Court disbarring respondent by consent from the practice of law in that jurisdiction; this court's February 5, 2018, order suspending respondent pending resolution of this matter and directing her to show cause why reciprocal discipline should not be imposed; the statement of Disciplinary Counsel; and it appearing that respondent failed to file either a response to the court's show cause order or her D.C. Bar R. XI, §14 (g) affidavit, it is

ORDERED that Diane L. Kroupa is hereby disbarred from the practice of law in the District of Columbia. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).  It is

FURTHER ORDERED that for purposes of reinstatement respondent's period of disbarment will not begin to run until such time as she files a D.C. Bar R. XI, § 14 (g) affidavit.

**PER CURIAM**